IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER CURRIE, JR.,** | Case No. 2:25-cv-02616-DJC-SCR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING OF FIRST AMENDED COMPLAINT** |
| v. | |
| **JEFFREY MACOMBER, et al.,** | |
| Defendants. | |

Upon consideration of Defendants' Request for Screening of Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants' request is **GRANTED**.

The Court will screen Plaintiff's First Amended Complaint, filed December 3, 2025, pursuant to 28 U.S.C. § 1915A.  Defendants' deadline to file a responsive pleading is **STAYED** pending the Court's screening of the First Amended Complaint, and Defendants shall respond to the First Amended Complaint as set forth in the screening order.

**IT IS SO ORDERED.**

Dated:  January 12, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:25-cv-02616-DJC-SCR)